David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2011 JUN 14 AM 11: 17
DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| BRIAN SCOTT SKALKA | Bankruptcy No. 10-20214 |
| HEATHER DAWN SKALKA, | (Chapter 7) |
| Debtor(s) | Judge R. Kimball Mosier |

### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Rosehill Dairy<br>c/o Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415 | $2.85 |

A check in the amount of $2.85 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: June 13, 2011

DAVID L. MILLER
Chapter 7 Trustee



FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUN 14 AM 11: 17

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| BRIAN SCOTT SKALKA<br>HEATHER DAWN SKALKA,<br>Debtor(s) | Bankruptcy No. 10-20214 <br>(Chapter 7)<br>Judge R. Kimball Mosier |

### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B  The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
|  | Rosehill Dairy<br>c/o Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415 | $2.85 |

A check in the amount of $2.85 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: June ___ 2011

/s/
DAVID L. MILLER
Chapter 7 Trustee